**DISMISS and Opinion Filed August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00253-CV

**PAMELA D. TURNER, Appellant**

**V.**

**AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC,
A DELAWARE LIMITED LIABILITY COMPANY, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-07075-C**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Before the Court is appellee's motion to dismiss the appeal. This is an appeal from a forcible detainer action. Appellee has informed the Court that the writ of possession was executed and it now has possession of the property. Because appellee is now in possession of the property, it contends the appeal should be dismissed as moot. Appellant did not file a response to appellee's motion to dismiss.

A case becomes moot if, at any stage during the proceedings, a controversy ceases to exist between the parties. *See Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001). The purpose of a forcible detainer action is to obtain immediate possession of property. *See Scott v. Hewitt*, 127 Tex. 31, 35, 90 S.W.2d 816, 818-19 (1936). A judgment of possession in a forcible detainer action determines the right to immediate possession and is not intended to be a final

determination of whether the eviction is wrongful.  *See Marshall v. Housing Auth. of the City of San Antonio*, 198 S.W.3d 782, 787 (Tex. 2006).

Appellee now has possession of the property.  Because the issue of possession is no longer in controversy, we grant appellee's motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.3(a).

140253F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

PAMELA D. TURNER, Appellant

No. 05-14-00253-CV      V.

AMERICAN HOMES 4 RENT
PROPERTIES TWO, LLC, A DELAWARE
LIMITED LIABILITY COMPANY,
Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas.
Trial Court Cause No. CC-13-07075-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC, A DELAWARE LIMITED LIABILITY COMPANY, recover its costs of this appeal from appellant, PAMELA D. TURNER.

Judgment entered August 7, 2014